**ORIGINAL**

FILED
District Court
OCT 25 2005
For The Northern Mariana Islands
By_____
(Deputy Clerk)

PANGELINAN_S.gar

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. ~~97-00035~~ 95-00024 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION FOR WRIT OF CONTINUING GARNISHMENT** |
| STEVEN VILLAGOMEZ PANGELINAN, | |
| Defendant, | |
| BANK OF HAWAII, | |
| Garnishee. | |

WHEREAS Defendant, STEVEN VILLAGOMEZ PANGELINAN, P.O. Box XXXXXX, Saipan, MP 96950, Social Security Number XXX-XX-4063, and joint account holder, Jessica Barcinas, Social Security Number XXX-XX-6243, have requested that monies available in the judgment defendant and joint account holder's account number XXXX-XX5701, in the amount of $200.00 per month beginning November 30, 2005 and continuing thereafter at the end of every month, be made payable to the Clerk, U.S. District for the NMI for payment toward Defendant STEVEN VILLAGOMEZ PANGELINAN's fine that is due and owing;

//
//
//

1  Plaintiff, UNITED STATES OF AMERICA, and Defendant, STEVEN VILLAGOMEZ
2  PANGELINAN, and joint account holder Jessica Barcinas hereby jointly move the Court for an
3  order of a writ of continuing garnishment on the monies available in the judgment defendant and
4  joint account holder's account number XXXX-XX4063, in the amount of $200.00 per month,
5  beginning November 30, 2005 and continuing thereafter at the end of every month, until
6  Defendant STEVEN VILLAGOMEZ PANGELINAN's fine obligation is paid in full.

Dated: 10-7-05

STEVEN VILLAGOMEZ PANGELINAN
Defendant

Dated: 10.07.05

JESSICA BARCINAS
Joint Account holder

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 10-19-05    By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: _____
MARGARITA WONENBERG
U.S. Probation Officer

- 2 -