ORIGINAL

Clerk
District Court

OCT 2 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  PANGELINAN_S.gar

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

8

9           IN THE UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN MARIANA ISLANDS

11

12 | UNITED STATES OF AMERICA,    )    CRIMINAL CASE NO. 95-00024
                                  )
13 |         Plaintiff,            )
                                  )
14 |     vs.                       )    **WRIT OF CONTINUING**
                                  )    **GARNISHMENT**
15 | STEVEN VILLAGOMEZ PANGELINAN, )
                                  )
16 |         Defendant,            )
   |_____)
17                                )
   | BANK OF HAWAII,               )
18                                )
   |         Garnishee.            )
19 |_____)

20

21       Upon stipulated motion of Plaintiff, Defendant and joint account holder for an order of

22 Writ of Continuing Garnishment on Defendant, STEVEN VILLAGOMEZ PANGELINAN and

23 joint account holder, Jessica Barcinas's account number XXXX-XX5701, in the amount of

24 $200.00 per month, beginning November 30, 2005 and continuing thereafter at the end of every

25 month;

26 //

27 //

28 //

IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment on account number XXXX-XX5701, in the amount of $200.00 per month of STEVEN VILLAGOMEZ PANGELINAN, Social Security Number XXX-XX-4063, and joint account holder, Jessica Barcinas, Social Security Number XXX-XX- 6243 , beginning November 30, 2005 and continuing thereafter at the end every month, until further notice.

Checks should be made payable to:

**CLERK, U.S. DISTRICT COURT FOR THE NMI**

and mailed to:

U.S. District Court for the Northern Mariana Islands
2nd Floor, Horiguchi Building, Garapan
P.O. Box 500687
Saipan, MP 96950

DATED this 26TH day of OCTOBER, 2005.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
  Mariana Islands

RECEIVED
OCT 2 5 2005
Clerk
District Court
For The Northern Mariana Islands