ORIGINAL

Clerk
District Court

NOV - 8 2005

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

1  PANGELINAN_S.gar

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,            )   CRIMINAL CASE NO. 95-00024
                                        )
11                Plaintiff,            )
                                        )
12           vs.                        )   **CERTIFICATE OF SERVICE**
                                        )
13 STEVEN VILLAGOMEZ PANGELINAN,        )
                                        )
14                Defendant,            )
                                        )
15 _____)
                                        )
   BANK OF HAWAII,                      )
16                                      )
                  Garnishee.            )
17 _____)

18

19     I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed

20 copies of the following: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ**

21 **of Continuing Garnishment** were sent to the garnishee and the defendant by mail on

22 November 3, 2005                .

23

24                                              /s/ Michelle Perez
25                                              MICHELLE PEREZ

26

27

28