1  PANGELINAN_S.gar2

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10 UNITED STATES OF AMERICA,         )   CRIMINAL CASE NO. 95-00024-005
                                     )
11              Plaintiff,            )
                                     )
12       vs.                          )   **STIPULATED MOTION FOR WRIT**
                                     )   **OF CONTINUING GARNISHMENT**
13 STEVEN VILLAGOMEZ PANGELINAN,     )
                                     )
14              Defendant,            )
                                     )
15                                    )
   BANK OF SAIPAN,                   )
16                                    )
                Garnishee.            )
17                                    )

18

19       WHEREAS Defendant, STEVEN VILLAGOMEZ PANGELINAN, P.O. Box XXXXXX,

20 Saipan, MP 96950, Social Security Number XXX-XX-4063, has requested that monies available

21 in the judgment defendant's account number XXXX-XX3017, in the amount of $200.00 per

22 month beginning February 28, 2005 and continuing thereafter at the end of every month, be

23 made payable to the Clerk, U.S. District for the NMI for payment toward Defendant

24 STEVEN VILLAGOMEZ PANGELINAN's fine that is due and owing;

25 //

26 //

27 //

28 //

     Plaintiff, UNITED STATES OF AMERICA, and Defendant, STEVEN VILLAGOMEZ PANGELINAN hereby jointly move the Court for an order of a writ of continuing garnishment on the monies available in the judgment defendant's account number XXXX-XX3017, in the amount of $200.00 per month, beginning February 28, 2006 and continuing thereafter at the end of every month, until Defendant STEVEN VILLAGOMEZ PANGELINAN's fine obligation is paid in full.

Dated: 2·13·06

STEVEN VILLAGOMEZ PANGELINAN
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 2/14/06

By: MARIVIC P. DAVID
Assistant U.S. Attorney

APPROVED:

F. MICHAEL CRUZ
Chief Probation Officer
Districts of Guam and the NMI

By: MARGARITA WONENBERG
U.S. Probation Officer