```
                                              FILED
                                                Clerk
                                             District Court
1  PANGELINAN_S.gar2                         FEB 15 2006
2  LEONARDO M. RAPADAS
   United States Attorney                For The Northern Mariana Islands
3  MARIVIC P. DAVID                       By_____
   Assistant U.S. Attorney                       (Deputy Clerk)
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam 96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 95-00024 |
| Plaintiff, ) | |
| vs. ) | **WRIT OF CONTINUING GARNISHMENT** |
| STEVEN VILLAGOMEZ PANGELINAN, ) | |
| Defendant, ) | |
| BANK OF SAIPAN, ) | |
| Garnishee. ) | |

Upon stipulated motion of Plaintiff, Defendant and joint account holder for an order of Writ of Continuing Garnishment on Defendant, STEVEN VILLAGOMEZ PANGELINAN's account number XXXX-XX3017, in the amount of $200.00 per month, beginning February 28, 2006 and continuing thereafter at the end of every month;

//

//

1    IT IS HEREBY ORDERED that Garnishee place a continuous writ of garnishment
2 on account number XXXX-XX3017, in the amount of $200.00 per month of
3 STEVEN VILLAGOMEZ PANGELINAN, Social Security Number XXX-XX-4063, beginning
4 February 28, 2006 and continuing thereafter at the end every month, until further notice.
5    Checks should be made payable to:
6        **CLERK, U.S. DISTRICT COURT FOR THE NMI**
7    and mailed to:
8        U.S. District Court for the Northern Mariana Islands
         2nd Floor, Horiguchi Building, Garapan
9        P.O. Box 500687
         Saipan, MP 96950
10
11    DATED this __15TH__ day of __FEBRUARY__, 2006.

              _____
              ALEX R. MUNSON
              Chief Judge
              District Court for the Northern
                Mariana Islands

- 2 -