1  **PANGELINAN_S.ter**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorneys for United States of America

```
F I L E D
    Clerk
District Court

FEB 28 2006

For The Northern Mariana Islands
By_____
         (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　vs.<br><br>STEVEN VILLAGOMEZ PANGELINAN,<br><br>　　　　　Defendant,<br>_____<br>BANK OF HAWAII,<br><br>　　　　　Garnishee.<br>_____ | CRIMINAL CASE NO. 95-00024<br><br>**MOTION TO TERMINATE<br>WRIT OF CONTINUING<br>GARNISHMENT; ORDER** |

　　　On or about October 26, 2005, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about February 10, 2006, our office was informed by his probation officer that other arrangements for payment will be made and will be

//
//
//
//
//
//

forthcoming. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant STEVEN VILLAGOMEZ PANGELINAN.

DATED this 15th day of February, 2006.

> LEONARDO M. RAPADAS
> United States Attorney
> Districts of Guam and the NMI
>
> By: /s/ *signature*
> MARIVIC P. DAVID
> Assistant U.S. Attorney

\* \* \* \* \* \* O R D E R \* \* \* \* \* \*

Based upon the foregoing, the Writ of Continuing Garnishment is hereby terminated.

DATED: 2-28-06

> *signature*
> ALEX R. MUNSON
> Chief Judge
> District Court for the Northern
>   Mariana Islands

RECEIVED
FEB 2 8 2006
Clerk
District Court
For The Northern Mariana Islands

- 2 -