ORIGINAL

```
                                              FILED
                                              Clerk
                                            District Court

1  PANGELINAN_S.facg                        FEB 28 2006

2  LEONARDO M. RAPADAS                  For The Northern Mariana Islands
   United States Attorney               By_____
3  MARIVIC P. DAVID                         (Deputy Clerk)
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7215

7  Attorney's for United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            Plaintiff,        )<br>                              )<br>   vs.                       )<br>                              )<br>STEVEN VILLAGOMEZ PANGELINAN, )<br>            Defendant,       )<br>_____) | CRIMINAL CASE NO. 95-00024<br><br>**FINAL ACCOUNTING UPON<br>TERMINATION OF GARNISHMENT** |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   Bank of Hawaii
      Garapan Branch
      Attn.: Eloisa San Nicolas, Service Manager
      P.O. Box 500566
      Saipan, MP 96950

    Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

    Pursuant to the Writ of Continuing Garnishment issued on or about October 26, 2005, $600.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands, 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

RESPECTFULLY SUBMITTED this ___15th___ day of February, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1996Z00077

DEBTOR: Pangelinan, Steven Villagomez
COLLECTION TYPE:   3
BALANCE AS OF FEBRUARY 6, 2006:    $23,043.87

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 16-NOV-2005 | GC/H | 7683 | 3204109 | $ 200.00 |
| 06-FEB-2006 | GC/H | 7844 | 3204591 | 200.00 |
| 03-JAN-2006 | GC/H | 7772 | 3204430 | 200.00 |
| 29-APR-2005 | GC/H | 7271 | 07664 | 400.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$600.00**