ORIGINAL

| | |
|---|---|
| 1  PANGELINAN_S.facg | F I L E D<br>Clerk<br>District Court |
| 2  LEONARDO M. RAPADAS<br>   United States Attorney | MAR 0 8 2006 |
| 3  MARIVIC P. DAVID<br>   Assistant U.S. Attorney | For The Northern Mariana Islands |
| 4  Sirena Plaza, Suite 500<br>   108 Hernan Cortez Avenue | By_____<br>        (Deputy Clerk) |
| 5  Hagåtña, Guam  96910-5059<br>   TEL: (671) 472-7332 | |
| 6  FAX: (671) 472-7215 | |

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 95-00024 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| STEVEN VILLAGOMEZ PANGELINAN, ) | |
| Defendant, ) | |
| BANK OF HAWAII, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed copy of the following: **Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination Writ of Continuing Garnishment; Order** were sent to the defendant and garnishee by mail on _March 3, 2006_.

/s/ Michelle Perez
MICHELLE PEREZ