ORIGINAL

PANGELINAN_S.gar2

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

FILED
Clerk
District Court

MAR - 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

COPY of
Original Filed
on this date

3-8-2006

Clerk
District Court
For The Northern Mariana Islands

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 95-00024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| STEVEN VILLAGOMEZ PANGELINAN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BANK OF SAIPAN, ) | |
| ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that filed copies of the following: **Stipulated Motion for Writ of Continuing Garnishment** and **Writ of Continuing Garnishment** were sent to the garnishee and the defendant by mail on March 1, 2006.

MICHELLE PEREZ