1   **PANGELINAN_S.aacg**

2   LEONARDO M. RAPADAS
    United States Attorney
3   MARIVIC P. DAVID
    Assistant U.S. Attorney
4   Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
5   Hagåtña, Guam 96910-5059
    TEL:   (671) 472-7332
6   FAX:   (671) 472-7215

7   Attorney's for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10
    UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 95-00024
11                                     )
                   Plaintiff,          )
12                                     )
               vs.                     )    **ANNUAL ACCOUNTING**
13                                     )    **IN GARNISHMENT**
    STEVEN VILLAGOMEZ PANGELINAN,      )
14                                     )
                   Defendant.          )
15   _____)

16   To:    Bank of Saipan
            P.O. Box 500690
17          Saipan, MP 96950

18          Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the

19   following annual accounting of the monies and property received under the Writ of Continuing

20   Garnishment filed in the above entitled action.

21          Pursuant to the Writ of Continuing Garnishment issued on or about February 15, 2006,

22   $998.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

23          RESPECTFULLY SUBMITTED this 16th day of April, 2006.

24

25                                          LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and the NMI
26

27                                  By:    /s Marivic P. David
                                           MARIVIC P. DAVID
28                                         Assistant U.S. Attorney
                                           marivic.david@usdoj.gov

PAYMENT HISTORY
FOR: 1996Z00077

DEBTOR:   Pangelinan, Steven Villagomez
COLLECTION TYPE: 3
BALANCE AS OF JANUARY 10, 2007:     $22,284.72

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
| --------- | ---- | ------------- | --------- | -------------- |
| 07-MAR-2006 | GC/H | 7891  | 023202 | $200.00 |
| 20-APR-2006 | GC/H | 7979  | 023267 | 200.00 |
| 18-AUG-2006 | GC/H | 08200 | 023526 | 198.00 |
| 03-OCT-2006 | GC/H | 08289 | 023605 | 200.00 |
| 10-JAN-2007 | GC/H | 08475 | 023772 | 200.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:   **$998.00**