**PANGELINAN_S.svc**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN VILLAGOMEZ PANGELINAN, ) <br> ) <br> Defendant, ) <br> _____) <br> ) <br> BANK OF SAIPAN, ) <br> ) <br> Garnishee. ) <br> _____) | CRIMINAL CASE NO. 95-00024 <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on **April 16, 2007**, I electronically filed the following: **Annual Accounting in Garnishment** with the Clerk of Court using the CM/ECF system and a copy was sent to the defendant and garnishee by mail on **April 16, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 4/18/07            By:   /s/ Marivic P. David
                                 MARIVIC P. DAVID
                                 Assistant U.S. Attorney
                                 marivic.david@usdoj.gov