# United States District Court
### District of the Northern Mariana Islands

UNITED STATES OF AMERICA
V.

STEVEN VILLAGOMEZ PANGELINAN

**SUMMONS IN A CRIMINAL CASE**

CASE NUMBER: 1:95-00024-005

(Name and Address of Defendant)

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | | |
|---|---|---|
| Place: | United States District Court<br>District of the Northern Mariana Islands<br>1st Floor, Horiguchi Building<br>Beach Road, Garapan<br>Saipan, MP 96950 | Room: 101 |
| Before: | Honorable, Alex R. Munson, Chief Judge | Date and Time: Wednesday, May 23, 2007 at 9:00 a.m. |

To answer a(n)
☐ Indictment   ☐ Information   ☐ Complaint   ☑ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title __18__ United States Code, Section(s) __3583(d)__

Brief description of offense:

| Violation Number: | Nature of Violation: |
|---|---|
| Special Condition No. 6 | Defendant failed to participate in a program approved by the probation office for substance abuse which may include but is not limited to random urinalysis. |
| Special Condition No. 8 | Defendant failed to report to the probation officer once a week at a time set by the probation officer and failed to continue with that schedule until such time as the probation officer revises the schedule. |
| Special Condition No. 10 | Defendant failed to pay $50.00 monthly toward his fine until he obtains employment and is able to pay more per month as determined by the probation officer. |

_Alex R. Munson_ (signature)
Signature of Issuing Officer

Date: 05/18/2007

Alex R. Munson, Chief Judge
Name and Title of Issuing Officer

✎AO83     (Rev. 12/85) Summons in a Criminal Case

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:¹ | 05/18/07 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at: _____

_____

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: **RESIDENCE W/ MARIA PANGELINAN (MOTHER)**
**KAGMAN VILLAGE (MAP W/ USPO)    @ 1640 HRS 05/18/07**

☐ Returned unexecuted: _____

_____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on    05-18-07
              Date

J. G. SALAS   CDUSM
Name of United States Marshal   *ACTING

W. M. CALVERT CIDUSM #3086
(by) Deputy United States Marshal   D/NMI

Remarks:
    MOTHER STATED HE WAS WORKING AND THAT HE STAYS AT THE HOUSE ON AN INFREQUENT BASIS, DEPENDING IF HE NEEDED FOOD OR MONEY. SHE FURTHER STATED THAT HIS GIRLFRIEND INDICATED TO HER THAT HE HAD PAID ALL OF THE MONEY ORDERED BY THE COURT. WHEN ASKED IF SHE KNEW IF HAD USED ICE RECENTLY SHE SAID SHE HAD NO IDEA. THE DEFENDANTS SISTER WAS ALSO PRESENT AND AGREED WITH THE ABOVE INFORMATION.

    THE RESIDENCE LIES AT THE END OF A DEAD END UNPAVED ROAD DEEP IN A FORRESTED AREA OF THE KAGMAN VILLAGE WHICH ALLOWS ACCESS BY ONLY THE ONE ROAD DUE TO A STREAM AND HILLY TERRAIN. A DETAILED MAP WAS FILED WITH THE US PROBATION OFFICE. US PROBATION AND LAW ENFORCEMENT SHOULD USE EXTREME CAUTION WHEN APPROACHING THE AREA FOR THE ABOVE REASONS.

¹ As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.