F. MATTHEW SMITH
Law Office of F. Matthew Smith, LLC
2nd Floor, UIU Building, Chalan Monsignor Guerrero
San Jose Village
P.O. Box 501127
Saipan, MP 96950
Telephone No.: (670) 234-7455/234-7427
Facsimile No.: (670) 234-7256

Attorney for Steven Villagomez Pangelinan.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-95-00024-005 |
| Plaintiff, | **MOTION TO AMEND SENTENCE AND CONDITION OF SUPERVISED RELEASE** |
| vs. | |
| STEVEN VILLAGOMEZ PANGELINAN, | Date: August 30, 2007 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Alex R. Munson |

### MOTION TO AMEND SENTENCE AND CONDITION OF SUPERVISED RELEASE

Steven Villagomez Pangelinan, by and through his court-appointed attorney, F. Matthew Smith, hereby moves this Court for an order amending a portion the sentence and a condition imposed on his supervised release by forgiving all interest on the $25,000.00 fine, applying Mr. Pangelinan's previous payments towards the principal on that fine, and applying all future payments towards the principal so that Mr. Pangelinan has a reasonable opportunity to pay off the fine, and to fully comply with the terms of his supervised release. In support of this motion, Mr. Pangelinan respectfully requests this Court to consider the following:

1.  As part of Mr. Pangelinan's original sentence, he was required to pay a fine of

$25,000.00. Since Mr. Pangelinan's original sentence, he has obtained his boat captain's license and worked hard to pay off the $25,000.00 fine. As of May 22, 2007, Mr. Pangelinan had made payments toward the fine in the total amount of $13,448.00. *See* Payment History Report (dated May 22, 2007) a true and correct copy of which is attached hereto as **Exhibit A**.

2. The vast majority of the money that Mr. Pangelinan has paid towards the fine over the years has so far been applied to the interest imposed on the fine, and very little towards the principal. Mr. Pangelinan has made serious efforts to pay the fine, and has paid $13,448.00, but as of May 17, 2007 there still remained an outstanding balance on the fine of $22,432.64. *See* Summons in a Criminal Case at Unsatisfied Conditions of Original Sentence ¶12 (filed May 18, 2007).

3. Mr. Pangelinan has worked hard to maintain regular employment as a boat captain, and has every intention of continuing his employment and continuing to make regular payments of $200.00 per month towards the fine. Given his inability to pay more than $200.00 per month, and given the interest that continues to accrue on his balance, however, Mr. Pangelinan fears that despite his best efforts he will never be able to pay off the principal balance, and thus fully satisfy the conditions of his supervised release.

4. Should the interest on Mr. Pangelinan's fine be forgiven, and should the $13,448.00 that Mr. Pangelinan has already paid be applied towards the principal on his $25,000.00 fine, Mr. Pangelinan would be left with an outstanding balance of $11,552.00.

5. If the interest on Mr. Pangelinan's fine is not forgiven as requested, he will likely be on supervised release indefinitely, and probably for the rest of his life, this despite Mr. Pangelinan's best efforts to fully comply with the conditions.

Wherefore, Mr. Pangelinan prays that this Court grant him an order amending the sentence and conditions imposed by forgiving all interest on his $25,000.00 fine, applying all previous payments toward the $25,000.00 principal, and applying all future payments to the remaining principal balance.

Respectfully submitted this __16__ day of July, 2007.

                               F. MATTHEW SMITH, Attorney for
                               Steven Villagomez Pangelinan

PAYMENT HISTORY REPORT
FOR: 1995CR00077/001

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # BQP DEPOSIT NO. | PMNT AMT | PMNT POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 0077 | PMNT | 3 | 25-NOV-2003 | CL/A | 6366 | | CASH | | $50.00 | 26-NOV-2003 |
| 0078 | PMNT | 3 | 07-JAN-2004 | CL/A | 6431 | | CASH | | $50.00 | 08-JAN-2004 |
| 0080 | PMNT | 3 | 02-APR-2004 | CL/A | 6614 | | CASH | | $100.00 | 05-APR-2004 |
| 0084 | PMNT | 3 | 27-MAY-2004 | CL/A | 6705 | | CASH | 27-MAY 200 | $100.00 | 28-MAY-2004 |
| 0087 | PMNT | 3 | 16-AUG-2004 | CL/A | 6837 | | CASH | | $200.00 | 26-AUG-2004 |
| 0089 | PMNT | 3 | 13-OCT-2004 | CL/A | 6944 | | CASH | | $100.00 | 18-OCT-2004 |
| 0090 | PMNT | 3 | 13-DEC-2004 | CL/A | 7028 | | CASH | | $100.00 | 13-DEC-2004 |
| 0091 | PMNT | 3 | 06-JAN-2005 | CL/A | 7109 | | CASH | | $200.00 | 13-DEC-2004 |
| 0092 | PMNT | 3 | 15-FEB-2005 | CL/A | 7149 | | CASH | | $50.00 | 29-JAN-2005 |
| 0093 | PMNT | 3 | 15-MAR-2005 | CL/A | 7196 | | CASH | | $50.00 | 15-FEB-2005 |
| 0094 | PMNT | 3 | 13-MAY-2005 | CL/A | 7292 | | CASH | | $200.00 | 15-APR-2005 |
| 0095 | PMNT | 3 | 29-JUN-2005 | CL/A | 7381 | | CASH | | $100.00 | 13-MAY-2005 |
| 0096 | PMNT | 3 | 11-AUG-2005 | CL/A | 7470 | | CASH | | $125.00 | 28-JUN-2005 |
| 0097 | PMNT | 3 | 06-SEP-2005 | CL/A | 7516 | | CASH | | $50.00 | 15-AUG-2005 |
| 0098 | PMNT | 3 | 16-NOV-2005 | CL/A | 7683 | | CASH | | $100.00 | 07-SEP-2005 |
| 0099 | PMNT | 3 | 06-FEB-2006 | CL/A | 7844 | | 3204109 | | $200.00 | 17-NOV-2005 |
| 0100 | PMNT | 3 | 03-JAN-2006 | CL/A | 7772 | | 3204591 | | $250.00 | 07-FEB-2006 |
| 0102 | PMNT | 3 | 07-MAR-2006 | CL/A | 7891 | | 3204690 | | $200.00 | 13-FEB-2006 |
| 0103 | PMNT | 3 | 20-APR-2006 | CL/A | 7975 | | 023202 | | $200.00 | 10-MAR-2006 |
| 0104 | PMNT | 3 | 16-AUG-2006 | CL/A | 8202 | | 023267 | | $200.00 | 24-APR-2006 |
| 0105 | PMNT | 3 | 29-APR-1997 | | 2207 | | 023526 | | $200.00 | 21-AUG-2006 |
| 0107 | PMNT | 5 | 28-OCT-2006 | CL/A | 8229 | | CASH | | $300.00 | 16-SEP-2006 |
| 0108 | PMNT | 5 | 10-JAN-2007 | CL/A | 8472 | | 023605 | | $200.00 | 05-OCT-2006 |
| 0112 | PMNT | 5 | 17-APR-200 | CL/A | 8621 | | 023772 | | $200.00 | 11-JAN-2007 |
| | | | | | | | 029016 | | $250.00 | 17-APR-2007 |

Total Payments for Debtor: $13,446.00

