F I L E D
Clerk
District Court

AUG 2 9 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 95-00024-005 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING MOTION |
| | ) | TO AMEND SENTENCE AND |
| STEVEN V. PANGELINAN, | ) | CONDITION OF SUPERVISED |
| | ) | RELEASE and TAKING HEARING |
| Defendant | ) | OFF-CALENDAR |
| _____ | ) | |

BASED UPON the motion of defendant, and plaintiff having indicated its non-opposition to the motion, and good cause appearing therefrom, NOW, THEREFORE,

IT IS ORDERED that, in the interests of justice, defendant's sentence be and hereby is amended to remove the obligation to pay interest on his $25,000.00 fine and to apply all payments so far made and to be made by defendant to the principal amount of $25,000.00; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that **the hearing set for August 30, 2007, be and hereby is taken off-calendar.**

DATED this 29th day of August, 2007.

                                                _____
                                                   ALEX R. MUNSON
                                                          Judge