**RECEIVED** DEC 04 2007
US MARSHALS SERVICE-CNMI
**ORIGINAL**

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## District of the Northern Mariana Islands

UNITED STATES OF AMERICA

V.

STEVEN V. PANGELINAN

**WARRANT FOR ARREST**

CASE NUMBER: CR-95-00024-005

FILED
Clerk
District Court

DEC -6 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest  STEVEN V. PANGELINAN
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☑ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

SPECIAL CONDITIONS:
1 - Failure to participate in a program approved by the probation office for substance abuse which may include but is not limited to random urinalysis.
2 - Failure to report to the probation officer once a week at a time set by the probation officer and shall continue with that schedule until such time as the probation officer revises the schedule.
3 - Failure to obtain a high school diploma or its equivalent.

STANDARD CONDITIONS:
1 - Failure to submit a truthful and complete written report within the first five days of each month.
2 - Failure to follow the instructions of the probation officer.

in violation of Title ___18___ United States Code, Section(s) ___3583___

| Alex R. Munson | Chief Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Alex R. Munson* (signature) | 12-3-07 SAIPAN CNMI |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ 3000.00    by Honorable, Alex R. Munson, Chief Judge
                                          Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at USDC Guam USMS Checkpoint |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04 DEC 07 | W. M. CALVERT | (signature) |
| DATE OF ARREST | | |
| 06 DEC 07 | USMS D/NMI SAIPAN | |