MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

CR- 95-00024-005                                               December 6, 2007
                                                                3:35 p.m.

**U.S.A. -v- STEVEN V. PANGELINAN**

PRESENT:   HON. ALEX R. MUNSON,  JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           STEVEN V. PANGELINAN, DEFENDANT
           CRAIG MOORE, ASSISTANT U.S. ATTORNEY
           F. MATTHEW SMITH, ATTORNEY FOR DEFENDANT

PROCEEDINGS: VIOLATION HEARING

    Defendant **STEVEN V. PANGELINAN** appeared with counsel, Attorney F. Matthew Smith. Government was represented by Craig Moore, AUSA. Also present was Melinda Brunson, U.S. Probation Officer.

    Defendant admitted the violations.

    Government recommended that the defendant's supervised release be revoked and that he be sentenced to fifty months jail time.

    Attorney Smith argued on behalf of the defendant and requested that if the Court was so inclined to sentence the defendant to revocation and that his incarceration be spent on Guam at a facility called the Lifehouse.

    Defendant was sworn and advised of his rights.

    Court, after hearing all argument and testimony, ordered that the defendant's supervised release be revoked and that he be sentenced to a term of **nine months** imprisonment. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **41 months** with the following conditions:

    1.    That the offender shall not commit another federal, state or local crime;

2. That the offender shall not possess, use, distribute, or administer any controlled substances and that he shall submit to one urinalysis 15 days after release from imprisonment and to two more urinalysis thereafter, not to exceed eight drug tests per month at the direction of the U.S. Probation Office;

3. That the offender shall participate in a program approved by the United States Probation Office for substance abuse, which program may include testing to determine whether the defendant has reverted to the use of drugs or alcohol;

4. That the offender refrain from any use of alcohol;

5. That the offender seek and maintain gainful employment; and

6. That the offender not open new lines of credit or acquire any loan without the permission of the Probation Office;

7. That the offender shall disclose all financial information to the United States Probation Officer as required by the Office of Probation;

8. That the offender shall refrain from gambling and entering any poker establishments; and

9. That the offender shall obtain a high school diploma or its equivalent.

Court stated that a recommendation would be made to the Bureau of Prisons that the defendant spend his incarceration at the Lifehouse facility on Guam which is run by the Salvation Army. Government requested that in the Court's recommendation to the Bureau of Prison that if the Bureau of Prison agrees that it be a facility not on Saipan.

The defendant was remanded into the custody of the U.S. Marshal.

Adj. 4:20 p.m.

/s/K. Lynn Lemieux, Courtroom Deputy