**PANGELINAN_S.ter**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 95-00024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| STEVEN VILLAGOMEZ PANGELINAN, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BANK OF SAIPAN, ) | |
| ) | |
| Garnishee. ) | |

On or about February 15, 2006, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about December 20, 2007, defendant's probation officer requested the termination of the garnishment.

//

//

//

//

//

Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant STEVEN VILLAGOMEZ PANGELINAN with Garnishee Bank of Saipan.

DATED this 14th day of January, 2008.

                                    LEONARDO M. RAPADAS
                                    United States Attorney
                                    Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab
       JESSICA F. CRUZ
       Assistant U.S. Attorney
       Jessica.F.Cruz@usdoj.gov
       MIKEL W. SCHWAB
       Assistant U.S. Attorney
       mikel.schwab@usdoj.gov