FILED
Clerk
District Court

'JAN 15 2008'

For The Northern Mariana Islands
By_____
(Deputy Clerk)

PANGELINAN_S.terord

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00024 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | Re: United States Motion to Terminate |
| STEVEN VILLAGOMEZ PANGELINAN, | ) | Writ of Continuing Garnishment |
| | ) | |
| Defendant, | ) | |
| | ) | |
| BANK OF SAIPAN, | ) | |
| | ) | |
| Garnishee. | ) | |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

SO ORDERED, this 15TH day of JANUARY, 2007.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands