**PANGELINAN_S.facg**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 95-00024 |
| Plaintiff, ) | |
| vs. ) | **FINAL ACCOUNTING UPON** |
| ) | **TERMINATION OF GARNISHMENT** |
| STEVEN VILLAGOMEZ PANGELINAN, ) | |
| Defendant, ) | |

FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   Bank of Saipan
       P.O. Box 500690
       Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about February 15, 2006, $2,298.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

You are notified that you have ten (10) days from the receipt of this final accounting to file a written objection to the accounting and request a hearing in accordance with Title 28, U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor, Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

RESPECTFULLY SUBMITTED this 14th day of January, 2008.

        LEONARDO M. RAPADAS  
        United States Attorney  
        Districts of Guam and NMI


By:   /s Mikel W. Schwab  
       JESSICA F. CRUZ  
       Assistant U.S. Attorney  
       Jessica.F.Cruz@usdoj.gov  
       MIKEL W. SCHWAB  
       Assistant U.S. Attorney  
       mikel.schwab@usdoj.gov

PAYMENT HISTORY
FOR: 1996A86246 (1996Z00077)

DEBTOR:  Pangelinan, Steven Villagomez
COLLECTION TYPE: OR
BALANCE AS OF OCTOBER 4, 2007:     $10,687.00

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 07-MAR-2006 | GC/H | 7891 | 023202 | $ 200.00 |
| 20-APR-2006 | GC/H | 7979 | 023267 | 200.00 |
| 18-AUG-2006 | GC/H | 08200 | 023526 | 198.00 |
| 03-OCT-2006 | GC/H | 08289 | 023605 | 200.00 |
| 10-JAN-2007 | GC/H | 08475 | 023772 | 200.00 |
| 17-APR-2007 | GC/H | 08621 | 024010 | 200.00 |
| 09-AUG-2007 | GC/H | 08804 | 024234 | 700.00 |
| 28-SEP-2007 | GC/H | 08889 | 024291 | 200.00 |
| 04-OCT-2007 | GC/H | 08901 | 024303 | 200.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:  **$ 2,298.00**

- 3 -