**PANGELINAN_S.tersvc**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 95-00024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| ) | |
| STEVEN VILLAGOMEZ PANGELINAN, ) | |
| ) | |
| Defendant, ) | |
| _____) | |
| ) | |
| BANK OF SAIPAN, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

I hereby certify that on **January 14, 2008**, I electronically filed the **Motion to Terminate Writ of Continuing Garnishment** and on **January 15, 2008**, I electronically filed the **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.

//

//

//

//

//

//

A filed or electronically filed copy of the following documents: **Motion to Terminate Writ of Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to Defendant, STEVEN VILLAGOMEZ PANGELINAN and garnishee by mail on **January 16, 2008**.

DATED this 29th day of January, 2008.

                                        LEONARDO M. RAPADAS  
                                      United States Attorney  
                                        Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab  
        JESSICA F. CRUZ  
        Assistant U.S. Attorney  
        Jessica.F.Cruz@usdoj.gov  
        MIKEL W. SCHWAB  
        Assistant U.S. Attorney  
        mikel.schwab@usdoj.gov